302 U.S. 739
 58 S.Ct. 141
 82 L.Ed. 571
 James S. COBURN, Grace K. Hugh, et al., petitioner,
v.
AETNA LIFE INSURANCE COMPANY et al.
 No. 432.
 Supreme Court of the United States
 November 8, 1937
 
 Messrs. George D. Welles and Fred E. Fuller, both of Toledo, Ohio, for petitioners.
 
 
 1
 For opinion below, see Cramer v. Phoenix Mut. Life Ins. Co., 91 F.(2d) 141.
 
 
 2
 Petition for writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.
 
 
 3
 Rehearing denied 302 U.S. 778, 58 S.Ct. 263, 82 L.Ed. ——.